# EXHIBIT 1

```
Give us feedback @ survey.walmart.com
Thank you! ID #:7P9TYV4BBJY

                Walmart
            936-788-5400 Mgr:GREG
               1407 N LOOP 336 W
                CONROE TX 77304
ST# 00400 OP# 000175 TE# 67 TR# 02129
HISENSE 58   088814300601      278.00 X
                    SUBTOTAL    278.00
      TAX 1    8.250 %           22.94
                       TOTAL    300.94
                   VISA TEND    270.00
VISA CREDIT     **** **** **** 7304 I 1
APPROVAL # 010587
REF # 1042000314
TRANS ID - 4602254615369546
VALIDATION - QZST
PAYMENT SERVICE - E
AID A0000000031010
AAC 46D1A6F8E9DC11D0
TERMINAL # SC010409
         09/10/20      12:05:38
                    DEBIT TEND   30.94
                DEBIT CASH BACK  60.00
             TOTAL DEBIT PURCHASE 90.94
                    CHANGE DUE   60.00
EFT DEBIT          PAY FROM PRIMARY
   30.94   PURCHASE
   60.00   CASH BACK
   90.94   TOTAL PURCHASE
US Debit        **** **** **** 6820 I 1
REF # 025400271399
NETWORK ID. 0076 APPR CODE 810055
US Debit
AID A0000000042203
AAC A55A78C686A8B27C
TERMINAL # SC010409
         09/10/20      12:06:14
               # ITEMS SOLD 1
     TC# 0811 6223 4225 6616 8966

         09/10/20      12:06:20
            ***CUSTOMER COPY***
```