# EXHIBIT 2

PARA SU SEGURIDAD

Made in Mexico
Fabriqué au Mexique
Hecho en México

S/N:58G200891H04674
LaA2002930

Model (Modelo): 58R6E3
DiSa Barcode-Walmart

UPC: 8-88143 00681-9

DiSa: 1000154111550

Customer Service Number
Numero de Servicio al Cliente
1-888-935-8880

Hisense USA Corp.
7310 McGinnis Ferry Road
Suwanee, GA 30024
www.hisense-usa.com



**58A6109FUWR**

**G200891**

S/N:58G200891H04674

<u>UPC</u>: 8-88143 00681-9

<u>DiSa</u>: 100015411550