# EXHIBIT 3

Pickup & delivery | Walmart.com

Search Walmart.com

Account | My Items

Free shipping with no order minimum required. Restrictions apply.
Try it free

SNICKERS  Always a sweet call  Get in the game.  Shop now

Feature / Returns

All stores have resumed our standard return policy for new purchases, subject to certain restrictions based on state or local ordinances that remain applicable, such as in New Jersey.

Learn more

## Walmart's return policy

We are happy to help. Not 100% satisfied with your item? We will make it right.

To exchange or return an item, here is what you need to know:

You have 90 days after purchase to exchange or return, unless noted in our exceptions. You can return items in-store, for free by mail, or via a scheduled pickup from your home. Please provide your in-store receipt or Walmart.com order number and we will refund the purchase price and applicable taxes and fees to the original form of payment or provide a replacement.

In-store returns

I have an account

No account



Returns in-store

Process for in-store returns

If you have a Walmart account, begin your return in the Walmart app or in your account history on Walmart.com.

Select the item(s) you'd like to return and a reason for the return.

Choose "Return to store" to get a return barcode.

Review the return refund summary and submit your return.

Check your email for confirmation. Bring this confirmation email with you to the store along with your item.

**No Walmart account? No worries!**

Have your receipt or order number handy.

Start your in-store return online using our easy returns process.

Select whether you have an in-store or online purchase.

Follow a few easy steps.

Check your email for confirmation. Bring this confirmation email with you to the store along with your item.

Before coming to the store to begin your return, please remember to bring the following:

The item(s) you'd like to exchange or return, including all original packaging and accessories.

Any receipts for those items, if available.

If you prefer not to start your return digitally, bring the item(s) you'd like to exchange or return, including all original packaging and accessories, as well as your receipt to the customer service desk at your local Walmart store.

## FAQ for returning a purchase in-store

**Q: What do I do if I don't have my receipt?**

We will accept a return or exchange without a receipt if:

1. You present a valid, government-issued photo ID that has not been altered in any way.

2. The refund verification process accepts the return. If an item is returned without a receipt and the refund verification process accepts it, you can:

   a. Exchange the item(s).

   b. Get a cash refund if the refund value of the returned item(s) is less than $10.

   c. Get a Walmart shopping card or gift card if the refund value of the returned item(s) is $10 or over.

3. If you do not have your receipt or order number, the store may be able to look up your purchase if you have:

   a. The credit or debit card used to make the purchase in-store.

   b. The email or phone number used to make the purchase online.

refund.

**Q: How will I be refunded?**

If you return an item within the allowable return period with a receipt, the refund will be applied to the original method of payment. If you made the purchase using:

> **Cash or check:** You'll receive a cash refund.
>
> **Credit card:** The refund must be issued to the same credit card you used to make the purchase. If you can't present the original credit card and it's not available by scanning the TC number on the receipt, you'll get the refund on a Walmart shopping card or gift card.
>
> **Debit card:**
>
>> If your receipt shows "debit tend," the refund will be put back on the debit card if available, or cash can be provided.
>>
>> If the receipt does not show "debit tend"—meaning the purchase was processed as a credit transaction —the refund is required to be issued to the same debit card. If the debit card is not present and is not available by scanning the TC number (the 16 digit number near the barcode) on the receipt, you'll get the refund on a Walmart shopping card or gift card.
>
> **Gift card:**
>
>> If you start your return in the app or online, the refund will be put back on the original gift card immediately once the return is complete and the item is received by the store.
>>
>> If you return the item to a store (not initiated online or in the app), a new gift card will be issued in most instances. In some cases, the refund amount will be issued back on the original gift card.
>>
>> **NOTE:** Keep the gift card until you are sure you're keeping all the items you purchased using that gift card.
>
> If you purchased an item at Walmart.com but paid for it in-store (transaction known as "pay with cash"), you can only get a refund at a Walmart store. The customer service desk will be able to assist you with a refund.

**Q: What if my item is a gift?**

Items on a gift receipt can be exchanged, refunded to a gift card or credited to the sender's original method of payment.

Items without a gift receipt can be exchanged or refunded to a gift card. Items under $10 are refunded in cash.

**Q: When will my refund appear on my credit card?**

Once the return has been processed, the refund will appear as a credit back on your debit card within five to seven (5–7) business days. Once the return has been processed, the refund will appear as a credit back on your credit card within seven to ten (7–10) business days.

**Q: What do I do if my item is damaged or is the wrong item?**

If the item was purchased in the store, please bring the item and receipt to the store for a return. A new item in the store can then be selected and exchanged for the original item. If the item was purchased online and is damaged or the wrong item, return the item by mail. Start the returns process on the Walmart app or at Walmart.com and request either a refund or a replacement. A damaged or wrong item purchased online cannot be returned to the store.

**Q: What happens when an item has been recalled?**

**Recall guarantee:** Recalled items are issued a cash refund regardless of purchase condition.

**Q: Are there any return exceptions?**

Walmart also reserves the right to close Walmart.com accounts, or to cancel or refuse orders or returns for violations or abuse of our returns policy, or any fraudulent activities relating to returns.

Below are exceptions to the general ninety (90) day rule. All the exceptions listed below require the merchandise be returned with a receipt.

**Must be returned within 14 days with a receipt to obtain a refund or exchange:**

Prepaid wireless cellular phones may be returned in undamaged condition to any store.

Most postpaid (contract) cellular phones may only be returned to the original store of purchase, in undamaged condition. Other contractually specified requirements may apply.

Opened or used unlocked wireless phones may only be exchanged for another item of equal or greater value when returned with a receipt.

**Must be returned within 30 days with a receipt to obtain a refund or exchange:**

Most electronics, including but not limited to: Verizon postpaid (contract) cellular phones, drones, camcorders, digital cameras, digital music players, e-readers, tablets, laptops, PCs, televisions, portable video players, video game hardware, GPS units, audio systems, hoverboards, electric bicycles, electric scooters, and radio-controlled vehicles. Walmart Protection Plans and Applecare+ can be returned or canceled within 30 days of purchase.
Learn how to cancel a Walmart Protection Plan or Applecare+.

**Must be returned within 60 days, with a receipt, to obtain a refund or exchange:**

Prescription glasses

Prescription contacts

Hearing aids

**Must be returned within 90 days, with a receipt, to obtain a refund or exchange:**

**Freshness guarantee**: Receive a refund on produce, fresh flowers, meat, bakery, deli, dairy & frozen* items, with a receipt. Start a return on the Walmart app or online at Walmart.com/returns *You may not have to return the item*.

**Not 100% satisfied with a Walmart Private Brand item?** We'll replace it or refund your money. All you need is the package.

***Perishable online orders** cannot be returned by mail.  To receive a refund, go to Walmart.com or the app to start the return.

**Tires:** New tires that have not been mounted or installed are returnable within 90 days to any store with an Auto Care Center. Stores without an Auto Care Center cannot accept tire returns.

**90-day automotive battery guarantee:** Money back refund or exchange to original purchaser if battery tests bad within 90 days. After 90 days, the original purchaser can only exchange the battery per the warranty terms.

**Photo prints, personalized items and photo products (e.g., blankets, mugs, calendars):** Return to a Walmart store within 90 days  or contact us at walmart.com/help. Please do not return by mail.

**Home & garden equipment:** Returnable within 90 days. Please drain gasoline or other flammable materials prior to returning. These include lawn mowers, line trimmers, hedge trimmers, chainsaws, generators, air conditioners, evaporators, dehumidifiers, compressors, and pressure washers.  DO NOT remove Freon from A/C units. For Walmart.com items, please check the item page to confirm it is returnable by mail.

**Funeral products** (e.g., caskets, coffins): Can be exchanged within 90 days if damaged or defective and unused. New or used items are nonrefundable.

**Must be returned within one year, with a receipt, to obtain a refund or exchange:**

All perennials, trees, and shrubs.

Airbeds, air mattresses within 90 days* (product exchange available if item is opened/used).

Opened/used durable medical equipment within 90 days* (e.g., crutches, walkers, slings, mobility scooters)

*New/unopened items in these categories can be returned for a full refund.

### Sales of the following items are final and may not be returned:

Firearms & ammunition

Airsoft & air guns, BB guns

Pepper spray

Gas-powered vehicles (e.g., dirt bikes, mini bikes, scooters, ride-ons, UTVs & ATVs)

Prescription medications and devices

Items containing pseudoephedrine, ephedrine, and phenylpropanolamine

Sex toys and vibrators, pregnancy tests, ovulation tests, and home diagnostic testing kits

Diabetic supplies* including meters, strips, lancets, lancet devices, and syringes

Hygienic medical equipment (e.g., bedpans, bath seats, sitz baths, eye drop guides, opened/unsealed breast pumps)

Used or installed tires and snow tires

Trading cards

Used/open RV sewer lines

*Diabetic supplies and items covered by Medicare Part B that are deemed substandard or unsuitable per Medicare supplier standards are returnable.

## FINANCIAL & HOME SERVICES RETURN/REFUND/REPLACEMENT POLICY:

### Eligible items with a receipt*:

Money transfer

Money order

Affirm

Home services (i.e., Handy, Hello Tech)

*NOTE: Money transfers may be refunded to sending customer if the funds have not been received or deposited into receiver's bank account/mobile wallet. Customer must have the reference number or MTCN of the transaction and proper identification.

Money orders may be refunded in cash up to 180 days after purchase with original receipt. Money orders that have been previously cashed or deposited are ineligible for refunds. For refunds for damaged or lost money orders, please visit moneygram.com/replacement.

Items purchased with Affirm will be credited back to the customer's Affirm account. If the refund amount exceeds the

cancel an unused service, go to your walmart account or contact Customer Care at walmart.com/help. To discuss a problem with a completed service, go to Home Services and select Partner Contacts for service provider information within 90 days of purchase.

**Service items & digital products ineligible for return, refund, or replacement:**

- Gift cards
- Walmart express bill pay
- Reloadable credit/debit card
- Check/card cashing fee
- Branded gift cards (Visa, MC, Amex)
- Lottery
- Prepaid cell phone cards
- SIM cards
- Video game download cards
- Prepaid gaming cards
- Video on demand

Unless specified, electronic games and software downloads are not returnable after purchase. If you did not receive an email containing the code or are unable to redeem the code provided, please go to walmart.com/help, scroll to the bottom of the page and click the blue Contact Us button.

**Walmart reserves the right to modify the terms of this return policy at any time.**

A receipt with a valid transaction number (TC) is required to receive a refund on sales tax for returned items within the time period allowed by law in Connecticut, Massachusetts, and Rhode Island.

Walmart reserves the right to limit or decline returns or exchanges regardless of whether the customer has a receipt. All non-receipt returns are subject to a refund verification process. All decisions regarding returns are subject to applicable laws. The Store Manager retains final authority to accept or decline any item that is eligible for return. Under no circumstance may a Store Manager accept return of an ineligible item. Store managers may always, at their discretion, refuse return of an item they deem to present a potential health or safety risk to any individual.

Walmart also reserves the right to close Walmart.com accounts, or to cancel or refuse orders or returns for violations or abuse of our returns policy, or any fraudulent activities relating to returns.

**Q: How do I return a WIC- / SNAP-eligible item?**

Eligible items can be returned for a cash refund/credit or gift card within 90 days only if the customer has a receipt showing the item was not purchased with WIC or SNAP:

If the customer has a receipt showing a purchase was made with WIC, the returned item may be exchanged for the same item*. No cash refunds or credit/gift cards are allowed.

If the customer has a receipt showing a purchase was made with SNAP, returned item may be refunded to the SNAP EBT account or exchanged for the same item. No cash refunds or credit/gift cards are allowed.

If the customer has a receipt showing a purchase was made without WIC or SNAP, the item may be returned for cash refund/credit or gift card.



Search Walmart.com                    Account    My Items

A **WIC-purchased item** is any item on the applicable state WIC-approved food list purchased with a valid WIC food instrument (e.g., WIC voucher, EBT card, WIC CVV, etc).

A **SNAP-eligible item** is defined by the USDA as any food or food product for home consumption. It excludes specific items from being purchased with SNAP benefits.

A **SNAP-purchased item** is any item purchased with a SNAP benefit.

*The customer must have formal documentation from the WIC agency to allow any exceptions.

**Q: How do I return a large item?**

**Oversized furniture and outdoor play items** must be returned within 90 days by freight shipping. **Oversized table games and treadmills** may be returned to a Walmart store or by freight shipping within 90 days. Under some circumstances, you may be not be refunded return shipping. To return an item by freight, contact Customer Care for assistance at 1-800-966-6546.

**Q: What is the return policy for items over $300 that are jewelry, gems or a luxury watch sold by Walmart?**

1. Log in to your Walmart account or contact Customer Care at walmart.com/help within 90 days of purchase.

2. Box up the item. Include all original boxes, papers, grading, certificates of authenticity, and appraisals.

3. Drop the item for FedEx delivery or at a Walmart store.

4. Use the shipping label provided by Walmart.

Walmart will work to validate and authenticate the item is returned in the exact same condition as shipped within 48 hours upon receipt of the item. Once validated, your refund will be processed back to your original method of payment in 7 to 10 business days.

**Q: What is the return policy for purchases from Marketplace sellers?**

Items purchased through Walmart Marketplace might have different return policies & exceptions. Please review the applicable return policies for Marketplace Sellers to confirm your return is eligible. A Marketplace item is an item sold at Walmart.com by a seller other than Walmart. Most items are returnable within 30 days. Returning items purchased from a Marketplace seller is easy. Simply:

1. Start a return by logging into your Walmart account.

2. Verify the return window and follow the instructions.

3. Box and prepare the item for shipping.

4. Drop it off for FedEx delivery or at a Walmart store, if eligible.

5. The store will provide a shipping label for eligible items.

NOTE: By leaving your package with Walmart for FedEx delivery, you are representing that the package contains no hazardous materials. Items with hazardous materials may include batteries, flammable liquids, computer equipment, certain cosmetics, household goods, and other common products. For more information about what may be considered a hazardous material, see the DOT guidelines.

Please refer to additional information in the Marketplace returns policy.

**To return a luxury* item sold by a Marketplace seller at Walmart.com:**

1. Within 14 days* of receiving the item, initiate the return online.

2. Photograph the item and keep the photos for your records.

Use the Marketplace seller's instructions for return shipping. Some items may be eligible to return at a Walmart store.

Please refer to the seller's return policy for refunds and return shipping fees. Insuring items valued above $500 is







Advertisement

### Returns by mail

Return by mail process

FAQ for returning items by mail

### Gift and registry returns

FAQ for returning gifts or baby registry items

### Returns are easy & free

Begin your return digitally for the fastest experience. Return items in-store or by mail.

Search Walmart.com

Account    My Items

Download the Walmart App today.





See More

Enter email for weekly newslett    Sign up

Mobile apps

**Walmart Services**
- Walmart+
- Grocery Pickup & Delivery
- MoneyCenter
- Walmart Credit Card
- Walmart Pay
- Walmart Health
- Weekly Ad
- Other Services

**Get to Know Us**
- Our Company
- Store Directory
- Digital Museum
- Our Suppliers
- Sell on Walmart.com
- Advertise With Us
- Careers

**Walmart.com**
- Walmart Labs
- Our Ads
- Terms of Use
- Privacy & Security
- CA Privacy Rights
- Do Not Sell My Personal Information
- Request My Personal Information
- Tax Exempt Program
- California Supply Chain Security Act

**Customer Service**
- Help Center
- Returns
- Product Recalls
- Accessibility
- Contact Us
- Store Pickup

**In The Spotlight**
- Portable Air Conditioners
- PS4
- Trampoline
- Skateboard
- Outdoor Furniture
- Nintendo Switch Lite

Shop Our Brands    Allswell.   Art   BONOBOS   ELOQUII   HAYNEEDLE   Moosejaw   Walmart eBooks   Walmart Photo   sam's club   Walmart

© 2021 Walmart. All Rights Reserved.    To ensure we are able to help you as best we can, please include your reference number: UIH483MQ