## **PLAINTIFFS' ATTORNEYS**

The Hall Law Group, PLLC
530 Lovett Boulevard
Houston, Texas 77006
Tel.: 713-942-9600


The J. Hicks Law Group, PLLC
530 Lovett Boulevard
Houston, Texas 77007
Tel.: 713-942-9600